**No. 47225.**—Protest 39965–K of Ciba Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel it was held that only 53 percent of the Sapamine KWC pat. and 51 percent of the Sapamine FL pat. were held taxable at 3 cents per pound under section 701 as claimed.